

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00053-CV

| | | |
|---|---|---|
| J. CURT LUCAS AND INVENIAS PARTNERS LLC, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Denton County (CV-2016-02101) |
| | § | June 27, 2019 |
| CYNDI RAMIREZ RYAN, Appellees | | |
| | | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part, reversed and rendered in part, and reversed and remanded in part. We affirm the trial court's order denying Appellants J. Curt Lucas's and Invenias Partners LLC's special appearances. We reverse the trial court's judgment; render judgment that Appellee Cyndi Ramirez Ryan take nothing on her claims for breach of contract, promissory estoppel, and negligent misrepresentation;

and remand Ryan's quantum-meruit claim to the trial court for a new trial on both liability and damages.

We order Lucas and Invenias to pay one-half of the costs of this appeal and Ryan to pay one-half of the costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr